## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JAMES BROADHEAD,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 10-0278-KD-M |
| **OFFICER BISHOP, et al.,** | : |
| Defendants. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 23rd day of August, 2010.

                                                           s/ Kristi K. DuBose  
                                                           KRISTI K. DuBOSE  
                                                           UNITED STATES DISTRICT JUDGE